

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

D-1 FRANCISCO HERNANDEZ,
D-2 EDUARDO CAMPOS-CONTRERAS,
D-3 DEMECKO MOTTON,
D-4 BRADLEY JORGE ATAN,
D-5 JAVIER GONZALEZ-LOZA,
D-6 HUGO SALDANA,
D-7 ROSA OROZCO,
D-8 JORGE LOPEZ-LOPEZ,

          Defendants.
_____/

Case:2:09-cr-20353
Judge: Duggan, Patrick J
MJ: Majzoub, Mona K
Filed: 07-30-2009 At 02:57 PM
SEALED MATTER

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

THE UNITED STATES OF AMERICA respectfully requests that the indictment and arrest warrants in this case be sealed for the following reasons:

1. That the United States is apprehensive that the defendants may flee the jurisdiction upon becoming aware that an indictment has been returned.

2. That the United States is apprehensive that there is danger of harm to potential government witnesses if the defendants become aware of the indictment prior to arrest.

          Respectfully submitted,

          Terrence Berg
          United States Attorney

          TERRENCE HAUGABOOK
          Assistant United States Attorney
          211 W. Fort #2001
          Detroit, Michigan  48226
          (313) 226-9157

DATED: July 30, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1  FRANCISCO HERNANDEZ,
D-2  EDUARDO CAMPOS-CONTRERAS,
D-3  DEMECKO MOTTON,
D-4  BRADLEY JORGE ATAN,
D-5  JAVIER GONZALEZ-LOZA,
D-6  HUGO SALDANA,
D-7  ROSA OROZCO,
D-8  JORGE LOPEZ-LOPEZ,

        Defendants.
_____/

Case:2:09-cr-20353
Judge: Duggan, Patrick J
MJ: Majzoub, Mona K
Filed: 07-30-2009 At 02:57 PM
SEALED MATTER

## ORDER TO SEAL

The Government having moved to seal Indictment filed July 30, 2009, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

                /s/ Donald C. Scheer
                HONORABLE DONALD A. SCHEER
                UNITED STATES MAGISTRATE JUDGE

DATED: 7/30/09