UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

FRANCISCO HERNANDEZ, et. al,

        Defendant(s).
_____/

CRIMINAL NO. 09-CR-20353

HONORABLE PATRICK J. DUGGAN

### ORDER UNSEALING INDICTMENT

Upon motion of the government, and for the reasons given, IT IS HEREBY ORDERED that the indictment in the above-named matter be unsealed.

IT IS SO ORDERED.

                                                        HON. R. STEVEN WHALEN
                                                        UNITED STATES MAGISTRATE JUDGE

Date: 8/4/09

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

FRANCISCO HERNANDEZ, et. al,

        Defendant(s).
_____/

CRIMINAL NO. 09-CR-20353

HONORABLE PATRICK J. DUGGAN

## MOTION TO UNSEAL INDICTMENT

THE UNITED STATES OF AMERICA respectfully requests that the indictment in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction if they become aware of the indictment which has been returned against them.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if the defendant becomes aware of the indictment prior to his arrest.

        TERRENCE BERG
        United States Attorney

        */s/ Terrence Haugabook*

        TERRENCE R. HAUGABOOK, P44554
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        (313) 226-9157

DATED: August 4, 2009