

**United States District Court**
Eastern District of Michigan

FILED
AUG 17 2009
CLERK'S OFFICE
DETROIT

United States of America

**CONSENT**
**ORDER OF DETENTION PENDING TRIAL**

v.

Javier Gonzalez-Loza

_____ Defendant. /     Case Number: 09-20353

### Part I – Findings of Fact

The defendant in open court, and with the advice of counsel, consented to detention reserving the right to have a detention hearing at a later time.

### Part II – Written Statement of Reasons for Detention

Based upon the consent of the defendant, **detention is ordered.** Upon request, the defendant is entitled to a detention hearing at a later

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: 8/17/09

_____
*Signature of Judge*

Donald A. Scheer, United States Magistrate Judge
*Name and Title of Judge*