UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                     Criminal No: 09-CR-20353
                                     Hon. Patrick J. Duggan

D-5 JAVIER GONZALEZ-LOZA,

        Defendant.
_____/

GERALD K. EVELYN (P29182)
Attorney for Defendant Gonzalez-Loza
535 Griswold, Suite 1030
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com
_____

### ORDER ALLOWING SPANISH INTERPRETER TO VISIT DEFENDANT JAVIER GONZALEZ-LOZA IN ST. CLAIR COUNTY JAIL

At a session of said court held in the United States District
Courthouse in the City of Detroit,
County of Wayne,
State of Michigan on June 13, 2011.

    PRESENT:  Honorable Patrick J. Duggan

    Pursuant to the stipulation of the parties:

    IT IS HEREBY ORDERED that a Spanish Interpreter shall be permitted to visit the St. Clair County Jail with Attorney Gerald Evelyn for the purposes of translating a discussion between Attorney Evelyn and Defendant Javier Gonzalez-Loza.  We have contacted Pallero Translations for these services and either Sara P. Pallero-Luiso, Oscar Luiso or any other interpreter from Pallero Translations will be assisting in the attorney/client visit.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Monday, June 13, 2011, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager

APPROVED AS TO FORM AND SUBSTANCE:

/s/ Terrence R. Haugabook                           s/ Gerald K. Evelyn
TERRENCE R. HAUGABOOK(P44554)         GERALD K. EVELYN (P29182)
Assistant United States Attorney                      Attorney for Defendant Gonzalez-Loza
**with consent of 6/13/2011**

Dated: June 13, 2011