UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff(s),

v.                                              Case No. 2:09–cr–20353–PJD–MKM
                                                      Hon. Patrick J. Duggan

, et al.,

           Defendant(s).

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: **Javier Gonzalez–Loza**

The defendant(s) shall appear before the Honorable Patrick J. Duggan at the United States District Court, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  10/17/11 at 02:30 PM

**Certification**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                         By: s/ M. Orem
                                               Case Manager

Dated:   September 23, 2011