PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.                                    Crim. No.   09-CR-20353-05

GONZALEZ-LOZA, Javier

On 01/11/2013 the above named was placed on Supervised Release for a period of three years. The supervised releasee was deported to Mexico on January 29, 2013, and the probation department has no information to suggest that he has re-entered the United States. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/Nioaka L. Morton
*U.S. Probation Officer*
313-234-5582

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    24th    day of    November    ,    2014   .

s/Patrick J. Duggan
Patrick J. Duggan
*United States District Judge*