United States District Court
Eastern District of Michigan

United States of America,

        Plaintiff,

        Case No. 09-20353
v.        Honorable Patrick J. Duggan

Francisco Javier Hernandez,

        Defendant.
_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

To:    Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

Add the following AUSA(s):
Name:    Julie A. Beck
Bar ID:    P53291
Telephone:  (313) 226-9717
Fax:    (313) 226-2040
Email:    julie.beck@usdoj.gov

Terminated the following AUSA(s):
Name:    NONE
Telephone:

        s/JULIE A. BECK
        Assistant U.S. Attorney
        211 W. Fort St., Ste. 2001
        Detroit, MI  48226
        Phone:  (313) 226-9717
        E-mail: julie.beck@usdoj.gov
Dated: July 21, 2020        [P53291]